UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WHITNEY,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:19-CV-1250** |
| v. : | **(Judge MANNION)** |
| **TAMMY FERGUSON**, *et al.*, : | |
| Defendants : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' motion for partial summary judgment (Doc. 32) is **GRANTED IN PART AND DENIED IN PART.**

**(2)** Summary judgment is hereby directed to be entered in favor of Defendant Englebrecht as to Plaintiff's Eighth Amendment claim arising from Defendant Englebrecht's alleged sexual harassment.

**(3)** Defendants' motion for partial summary judgment is denied in all other respects.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: September 30, 2021
19-1250-01-order